UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

SAUL RODRIGUEZ,

        Plaintiff,                    Case No. 1:25-cv-490

v.                                             Honorable Ray Kent

COUNTY OF KENT et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:  June 6, 2025                          /s/ Ray Kent
                                                     Ray Kent
                                                     United States Magistrate Judge